Cite as 2016 Ark. 407

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | **Opinion Delivered** November 17, 2016 |
| IN RE DISTRICT COURT RESOURCE ASSESSMENT BOARD | |

**PER CURIAM**

Honorable Michael Lincoln of Searcy, White County Judge, is reappointed to the District Court Resource Assessment Board for a term to expire on April 30, 2020. The court thanks Judge Lincoln for his continued service.

Mark Hayes, Esq., of North Little Rock, is appointed to the District Court Resource Assessment Board for a term to expire on April 30, 2020. The court thanks Mr. Hayes for his willingness to serve on this important board.

We recognize Mayor Chris Claybaker, whose term has expired, for his service to the board.